```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21057
   KENNETH A JACKSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1642

------------------------------------------------------------------------
          TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/09/2007 and was confirmed 01/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

      The case was dismissed after confirmation 01/07/2009.
------------------------------------------------------------------------
  CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
  HSBC AUTOMOTIVE FINANCE  SECURED NOT I   NOT FILED         .00            .00
  HSBC AUTOMOTIVE FINANCE  UNSECURED         5657.34         .00            .00
  MARIA JACKSON            DSO ARREARS     NOT FILED         .00            .00
  IL STATE DISBURSEMENT UN DSO ARREARS       5437.36         .00            .00
  CAPITAL ONE              UNSECURED       NOT FILED         .00            .00
  CITY OF CHICAGO DEPT OF  UNSECURED         1570.00         .00            .00
  COM ED EXELON CORPORATIO UNSECURED       NOT FILED         .00            .00
  NCO FIN/99               UNSECURED       NOT FILED         .00            .00
  NIPSCO                   UNSECURED       NOT FILED         .00            .00
  ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,464.00                     612.33
  TOM VAUGHN               TRUSTEE                                         53.25
  DEBTOR REFUND            REFUND                                            .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
  TRUSTEE                  665.58

  PRIORITY                                         .00
  SECURED                                          .00
  UNSECURED                                        .00
  ADMINISTRATIVE                                612.33
  TRUSTEE COMPENSATION                           53.25
  DEBTOR REFUND                                    .00
                       ---------------        ---------------
  TOTALS                   665.58                 665.58




               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21057 KENNETH A JACKSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |